# QC Metallurgical, Inc.
## Testing & Consulting Services

Mitrani Rynor Adamsky Toland                    March 29, 2017
QCM Job No. 16KM-940

## ANALYSIS REPORT

RE: BC 39

This report is based of factual testing which was performed on two MAN engines in three joint inspections. The first part deals with the rods, caps and bearings. These were examined in February 2017. The samples were examined visually by those which were experts for one side or the other. During the inspection one of the other experts used a micrometer and measured the thickness of the starboard engine bearing shells. The thickness data is contained in Table I. Which of the experts did the measurements is unknown at this time. Examination of the bearings reveals that the majority of the other lower shells were actually out of specification. The majority of the readings were found to be too thin. Fifty percent of the upper bearings were rejectable and all but one of those was because the shells were too thin. Bearing shells which are beneath standard would result in impact type loading and would result in a larger gap between the crankshaft and the bearing which could have an effect on the lubrication properties. It was originally planned to examine the bearings using energy dispersive spectroscopy (EDS) analysis and metallography to examine one of the top and one of the bottom shells. The failed engine bearings were too damaged to measure accurately. There were four which were selected for further testing should they proceed. These were bearings 1-4. The final protocol did not call for that analysis. The rods were to be completely inspected and checked for dimensions but this was not performed as some of the experts did not think our methods were accurate enough. At present, the dimension testing has not been completed, however, we have obtained a facility which could measure them and any that are rejected we could send to a facility that uses 3-D laser technique testing. At present, no other testing was performed regarding the dimensions. One thing observed is that the top of most all of the rod bearing caps reveals evidence of fretting indicating movement. This would indicate that either the loads were extremely high or the bearing shells resulted in movement.

This portion of the report will be centered on the bolts. The bolts were photographed by the experts and the ones from the failed engine which had not completely broken were magnetic particle inspected. These revealed no indications on the unfailed bolts. These were also inspected using fluid penetrant inspection and again the unfailed bolts indicated they were acceptable. All the unfailed bolts were measured for length to make sure they were still in specification and all were found to be acceptable. Hardness tests were run on each of the unfailed bolts and these are shown in Table II attached to the report. The hardness on the other bolts varied from a low of 66.5 as an individual

2870 Stirling Road Hollywood, FL 33020-1199 ● (954) 889-0089 ● Fax (954) 362-5742
Email: fgrate@qcmet.com

Page 2
QCM Job No. 16KM-940

reading with a high of 70.  This data is also in Table II.  The samples chosen for tensile testing were samples No. 6, 9 ,11 and 14.  Of these, sample No. 11 pulled out of the fixture by stripping the threads.  A different fixture was re-threaded for the proper size. Bolts No. 6, 14 and 9 were tested on a Tinus Olsen tensile machine.  The machine was calibrated and traceable to NIST and is due for recalibration on 08/24/2017. In general, the data reveals the tensile strength as being 28,500 to 28,700 pounds breaking load. The yield load varied from 27,200 to 27,300 pounds.  The bolt which pulled out of the threads did so at 18,100 lbs.  The threads pulled out of the fixture and not off the bolt. The bolts were chemically analyzed and the data is in Table III.  There was no specification given to the actual requirements and are not known at this time.  An inclusion content was run on the three failed bolts along with the three tensile tests. This data is in Table IV and reveals the bolt to be typically acceptable as most of the inclusions were Type D.  There were some laps found in the failed bolts as well as those tensile tested. The deepest lap noted was 0.00125".  There was more than one lap in each bolt but many of them were above the pitch line which would not be rejectable.  There were some laps beneath the pitch line which would typically be unacceptable to AMS and SAE standards.  There were no cracks observed in the three bolts which were tensile tested and these were in the engine at the time of failure. There are laps and cracks observed in the bolts that came from the two failed rods.  The 2 rods were extremely bent and had overload force from some source resulting in failure of all four bolts.  The four bolts failed at the joint line between the cap and the rod.  The laps can result in fatigue initiation which is the reason they are unacceptable. The unfailed bolts, however, revealed no indications of any type of fatigue cracks.  The four failed units did reveal some indications of very high stress, low cycle fatigue.  Most of the fatigue cracks indicate single sided bending.

In addition to examining the bolts using metallography they were also re-examined using scanning electron microscopy.  In general, the fracture surfaces indicated some degree of fatigue but it is all high stress, low cycle in nature.  The metallurgical samples were examined using scanning electron microscopy and the photographs were submitted to all parties.  In general, it was noted that on bolt No.1 there were no secondary cracks on one side of the bolt, however, there were several on the opposite side.  There were cracks observed in the second, fourth and fifth threads.  This would indicate that the cracks were definitely bending in nature and as the rod was completely deformed this would not be unusual.  The second bolt had a lap on both sides with a very small crack.  It did not have any other additional cracks observed.  The third bolt revealed a small lap on the first thread.  Additional small cracks were observed on the second and third thread.  The sixth and eighth thread had a small lap.  On the opposite side there was a lap without a crack on the first thread.  The final bolt was No. 4.  This bolt had a crack on both sides at the first thread but no other cracks were noted.  This again, would be an indication that it is right next to the failure and had more of a tension

Page 3
QCM Job No. 16KM-940

load than just bending.  In general, the fracture on the bolts appeared to definitely be a result and not a cause of this failure.

CONCLUSION

The unit failed from very high stresses.  The bearings all indicated being too thin and the bearing caps revealed signs of fretting indicating vibration.  This could be from the bearings, torque values and possibly insufficient lubrication.  It is also possible that something happened to the Dynamometer which created very heavy loading.  The bolts did have some laps which would typically be rejectable but did not indicate that they caused this failure.  The secondary cracks in the bolt sections are the result of high bending loads during failure.  The secondary cracks are on one side and indicate high bending.  Bolt No. 1 reveals the most secondary fatigue cracks and would likely to have been the first to have failed.  The bolts did have some laps but the general structure and strength were good as was the quality of the steel.  The dimensions still need be taken and some analysis on the bearings themselves recommended.

Frank Grate, P.E.
QC Metallurgical, Inc.

QCM Job 16KM-940

## TABLE I
## THICKNESS READINGS ON BEARING SHELLS

STARBOARD
UPPER SHELL

| SAMPLE # | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| #1 | 2.461* | 2.462* | 2.470 | 2.463 |
| #2 | 2.464 | 2.470 | 2.470 | 2.464 |
| #3 | 2.470 | 2.465 | 2.462* | 2.460* |
| #4 | 2.462* | 2.462* | 2.462* | 2.458* |
| #5 | 2.461* | 2.465 | 2.469 | 2.465 |
| #6 | 2.472 | 2.469 | 2.478* | 2.476* |
| #7 | 2.470 | 2.474* | 2.463 | 2.469 |
| #8 | 2.463 | 2.465 | 2.460* | 2.469 |
| #9 | 2.471 | 2.470 | 2.473 | 2.469 |
| #10 | 2.476* | 2.465 | 2.466 | 2.473 |
| #11 | 2.465 | 2.467 | 2.459* | 2.467 |
| #12 | 2.457* | 2.460* | 2.469 | 2.463 |

LOWER SHELL

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| #1 | 2.458* | 2.456* | 2.461* | 2.459* |
| #2 | 2.458* | 2.462* | 2.465 | 2.454* |
| #3 | 2.458* | 2.463 | 2.451* | 2.460* |
| #4 | 2.466 | 2.478* | 2.464 | 2.454* |
| #5 | 2.457* | 2.466 | 2.458* | 2.460* |
| #6 | 2.459* | 2.459* | 2.457* | 2.459* |
| #7 | 2.466 | 2.469 | 2.457* | 2.462* |
| #8 | 2.457* | 2.465 | 2.463 | 2.459* |
| #9 | 2.462* | 2.458* | 2.458* | 2.462* |
| #10 | 2.458* | 2.455* | 2.456* | 2.458* |
| #11 | 2.456* | 2.453* | 2.464 | 2.456* |
| #12 | 2.468 | 2.469 | 2.465 | 2.453* |

* Out of tolerance

These measurements were made using a ball micrometer within calibration measurement accuracy of +.001 mm.

*LENGTH AND HARDNESS RESULTS OF BOLTS        TABLE II*

| Bolt No. | Length (in mm) | Hardness Results (Ra) | |
|---|---|---|---|
| 1 | 68.46 | 69.5, 69.5, 70 | |
| 2 (N/A) | Threads from connecting rod fail #2 rod. | | |
| 3 (N/A) | | | |
| 4 | Broke during tensile. | 68.5, 69, 69 | |
| 5 (N/A) | | | |
| 6 | 68.64 | 66.5, 67.5, 67.5 | * |
| 7 | 68.52 | 68.5, 68.5, 68.5 | |
| 8 | 68.71 | 68.5, 69, 69 | |
| 9 | 68.51 | 67, 68, 68.5 | ** |
| 10 | 68.54 | 69, 70, 69.5 | |
| 11 | 68.61 | 67.5, 68, 68 | * |
| 12 | 68.49 | 69, 70, 69 | |
| 13 | 68.55 | 69, 69, 69 | |
| 14 | 68.54 | 66.5, 67, 67 | * |
| 15 | 68.60 | 68, 70, 69 | |
| 16 | 68.68 | 67, 69, 69 | |
| 17 | Broke during tensile. | 68.5, 69, 69 | |
| 18 | 68.74 | 68.5, 68.5, 69 | |
| 19 | 68.61 | 68.5, 69.5, 69.5 | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |

Length Spec.:
Used – 69.5 mm max.
New – 68.2mm – 68.5mm

Hardness Test Block Standard:
72.48 +/- 1.0 = 72.5, 72.5, 72.5 Ra

QCM Job 16KM-940                          TABLE III

RE:  BC 39


CHEMISTRY (In percent)

| ELEMENT: | BOLT A #14 | BOLT B #6 | BOLT C #9 |
|---|---|---|---|
| CARBON | 0.397 | 0.385 | 0.394 |
| SILICON | 0.249 | 0.251 | 0.250 |
| MANGANESE | 0.91 | 0.91 | 0.90 |
| PHOSPHORUS | 0.013 | 0.012 | 0.012 |
| SULFUR | 0.0071 | 0.0075 | 0.0075 |
| CHROMIUM | 1.08 | 1.08 | 1.07 |
| NICKEL | 0.113 | 0.101 | 0.106 |
| MOLYBDENUM | 0.029 | 0.029 | 0.029 |
| COPPER | 0.235 | 0.235 | 0.234 |
| VANADIUM | 0.0071 | 0.0073 | 0.0070 |
| IRON | BALANCE | BALANCE | BALANCE |

TABLE IV

TENSILE TESTING – BOLTS

| I.D. | Breaking Load | Yield Load |
|------|---------------|------------|
| #6 Bolt | 28,700 lbs. | 27,200 lbs. |
| #9 Bolt | 28,700 lbs. | 27,200 lbs. |
| #11 Bolt | At 18,100 lbs. the thread pulled out of the fixture. No test. | |
| #14 Bolt | 28,500 lbs. | 27,300 lbs. |

## TABLE IV – PART TWO

INCLUSIONS ON BOLTS – WORST FIELD RATING

### *Failed Bolts*

| Bolt No. | Inclusion Type | | |
|---|---|---|---|
| 1 | D1H | D3L | A1L |
| 2 | D1H | D3L | A2L |
| 3 | D4L | D3H | A2H |
| 4 | D3L | D1H | A2H |

### *Tensile Tested Bolts*

| Bolt No. | Inclusion Type | | |
|---|---|---|---|
| 6 | D1L | D1H | A1L |
| 9 | D1L | | A1L |
| 14 | D1L | D1H | A1H |